Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back Location : All Courts Images

# Register of Actions

## Case No. C-1743-25-M

**ROY MARROQUIN VS. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** § § § § §

| | |
|---|---|
| Case Type: | **Contract - Other Contract (OCA)** |
| Date Filed: | **04/16/2025** |
| Location: | **476th District Court** |

### Party Information

| | | Attorneys |
|---|---|---|
| **Defendant** | **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | |
| **Plaintiff** | **MARROQUIN, ROY** | **TIMOTHY AUDREY DAVIS**<br>*Retained*<br>956-540-7807(W) |

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/16/2025 | **Original Petition (OCA)** |
| 05/05/2025 | **Citation By Certified Mail**<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY Unserved |
| 05/05/2025 | **Citation Issued** |

### Financial Information

**Plaintiff** MARROQUIN, ROY

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 473.00 |
| | Total Payments and Credits | | | 473.00 |
| | **Balance Due as of 05/28/2025** | | | **0.00** |
| 04/16/2025 | Transaction Assessment | | | 473.00 |
| 04/16/2025 | EFile Payments from TexFile | Receipt # DC-2025-006220 | MARROQUIN, ROY | (336.00) |
| 04/16/2025 | State Credit | | | (137.00) |

EXHIBIT

A-1