IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROY MARROQUIN,<br>Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 7:25-cv-00258 |
| | §<br>§ | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant | §<br>§<br>§ | |

PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW ROY MARROQUIN**,** Plaintiff in the above-styled and numbered cause, and certifies that the following persons and/or entities along with their respective counsel are financially interested in the outcome of this litigation:

1. ROY MARROQUIN
   c/o Timothy A. Davis
   Davis Law, P.C.
   3016 N. McColl Road, Suite B
   McAllen, Texas 78501
   (956) 540-7807
   Fax (956) 664-2500
   timm@tdavislawpc.com
   Texas Bar No. 00790570
   Southern District ID 37089
   *Plaintiff*

2. Timothy A. Davis
   Davis Law, P.C.
   3016 N. McColl Road, Suite B
   McAllen, Texas 78501
   (956) 540-7807 Fax (956) 664-2500
   timm@tdavislawpc.com
   Texas Bar No. 00790570
   Southern District ID 37089
   *Plaintiff's Counsel*

3. The Lincoln National Life Insurance Company
   *Defendant*

4. Lincoln National Corporation is the owner of Defendant

5. Iwana Rademaekers
   LAW OFFICES OF IWANA RADEMAEKERS, P.C.
   17304 Preston Road, Suite 800
   Dallas, Texas 75252
   (214) 579-9319
   Fax (469) 444-6456

Dated June 19, 2025

Respectfully submitted,

**DAVIS LAW, P.C.**
3016 N. McColl Road, Suite B
McAllen, Texas 78501
Telephone (956) 540-7807
Facsimile (956) 664-2500

By: Timothy A. Davis
Timothy A. Davis
Federal I.D. 37089
Texas Bar No. 00790570
Email: timm@tdavislawpc.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served electronically upon all counsel of record via the CM/ECF filing system on June 19, 2025.

Timothy A. Davis
Timothy A. Davis