United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROY MARROGUIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-00258 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MINUTE ENTRY**

As more than 21 days has passed since the filing of Defendant's Motion to Partially Dismiss Plaintiff's Original Petition (Dkt. No. 6), the Court hereby **ADVISES** that Plaintiff has 10 days from the date of this Minute Entry to respond to the Motion or the Court will consider the Motion as unopposed and grant the relief requested therein. *See* Local Rules 7.3, 7.4.

SO ORDERED June 30, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge