**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| ROY MARROQUIN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:25-cv-00258 |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Roy Marroquin and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 20th day of January 2026.

Respectfully submitted,

By: /s/ Timothy A. Davis (w/permission)

Timothy A. Davis
State Bar of Texas No. 0070570
S.D. of Texas No. 37089
Davis Law, P.C.
3016 N. McColl Road, Suite B
McAllen, Texas 78501
PH: (956) 540-7807
FX: (956) 664-2500
Email: timm@tdavislawpc.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT